IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| DONGHYUK KIM,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTHERN IOWA, MARK A. NOOK, President of the University of Northern Iowa in his official capacity; LEAH GUTKNECHT, in her individual and official capacities CHRISTINA ROYBAL, in her individual and official capacities, LESLIE K. WILLIAMS, in her individual and official capacities, PAULA KNUDSON, in her official capacity, NICHOLAS RAFANELLO, in his individual and official capacities, ALLYSON RAFANELLO in her individual and official capacities,<br><br>    Defendants. | Case No. 6:19-CV-02037-KEM<br><br><br><br>**DEFENDANTS' MOTION TO FILE ATTACHMENTS IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL** |

    **COME NOW** Defendants, the University of Northern Iowa ("UNI"), Mark Nook, Leah Gutknecht, Christina Roybal, Leslie Williams, Paula Knudson, Nicholas Rafanello, and Allyson Rafanello, and move to file two attachments to their Motion to Dismiss under seal pursuant to LR 7 and LR 5(c)(1)-(5) , and state to the Court as follows:

    1.    Defendants wish to file two attachments in support of their Motion to Dismiss under seal. The attachments at issue include sensitive information regarding Defendant UNI's investigation of a reported sexual assault, as well as personal identifying student information and education records which must be maintained confidential under the Family Educational Rights and Privacy Act. *See* 20 U.S.C. § 1232g; 34 CFR Part 99.

2. Defendants respectfully request that the Court grant them leave to file two supporting documents under seal, including 1) an Investigation Report which provides a detailed account of Jane Roe's allegations against Plaintiff, and 2) a Notice of Hearing Letter sent to Plaintiff by Defendant Leslie Williams which contains identifying information for former UNI students.

**WHEREFORE**, Defendants pray the Court grant them leave to file the attachments in support of their Motion to Dismiss described above under seal.

Respectfully Submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Kayla Burkhiser Reynolds*
KAYLA BURKHISER REYNOLDS
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA 50319
Ph: (515) 725-5390
Fax: (515) 281-4902
E-mail: kayla.burkhiser@ag.iowa.gov
christopher.deist@ag.iowa.gov

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on August 27, 2019:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/AUDRA DRISH

3